IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT L. SMITH                                                                           PLAINTIFF

      v.                                   CIVIL NO. 07-3027

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                             DEFENDANT

**O R D E R**

      On this 6th day of November, 2008, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on October 16, 2008, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $1,040.08, representing 5.58 hours of work at a rate of $150.00, and 2.00 hours paralegal work at $75.00 per hour, plus $53.08 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

      IT IS SO ORDERED.

                                                           /s/Jimm Larry Hendren
                                                           HON. JIMM LARRY HENDREN
                                                           UNITED STATES DISTRICT JUDGE